# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JOHN HAWKINS**

          Plaintiff,

v.                                     Case No.  8:10-cv-650-T-30TBM

**CONDOMINIUM OWNERS ASSOCIATION OF SAND CAY, INC.**

          Defendant.

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, John Hawkins, and against Defendant, Condominium Owners Association of Sand Cay, Inc., in the amount of $397,000.00.

Date: August 13, 2012                                 SHERYL L. LOESCH, CLERK

                                                                       By:  S. Boswell, Deputy Clerk