UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHN HAWKINS**

                Plaintiff,

v.                                          Case No. 8:10-cv-650-T-30TBM

**CONDOMINIUM OWNERS ASSOCIATION OF SAND CAY, INC.**

                Defendant.

_____

**JUDGMENT IN A CIVIL CASE**

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, John Hawkins, and against Defendant, Condominium Owners Association of Sand Cay, Inc., in the amount of $397,000.00.

Date: August 13, 2012                        SHERYL L. LOESCH, CLERK

                                                              By: S. Boswell, Deputy Clerk