# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 29, 2013

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 12-15867-FF
Case Style: John Hawkins v. Condominium Owners Association
District Court Docket No: 8:10-cv-00650-JSM-TBM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, FF
Phone #: (404) 335-6178

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT



No. 12-15867-FF

JOHN HAWKINS,

                                  Plaintiff - Appellee,

versus

CONDOMINIUM OWNERS ASSOCIATION OF SAND CAY, INC.,

                                  Defendant - Appellant.

On Appeal from the United States District Court for the
Middle District of Florida

BEFORE:    WILSON and JORDAN, Circuit Judges.

BY THE COURT:

    Appellant's voluntary motion to dismiss the appeal with prejudice, with the parties to bear their own costs, is GRANTED.